## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

MAHER RUSTOM and PREFERRED
OPEN MRI, LTD.,

         Plaintiffs,  Case No. 1:17-cv-09061

 v.

                  Judge: Marvin E. Aspen

NASER RUSTOM and GALILEE
MEDICAL CENTER, S.C., an Illinois    Magistrate Judge: Jeffrey Cole
Corporation, and the NORTH STAR TRUST
COMPANY, Trust Number 01-3775,

         Defendants.

County of Cook  )
       ) s.:
State of Illinois  )

### PLAINTIFF'S AFFIDAVIT

I, Maher Rustom, being duly sworn, deposes and state the following:

1. I am over the age of 18 years old, a doctor and competent to testify to the facts alleged

in this Affidavit, should I be called to do so in court.

2. I am a Co-Plaintiff in this action and I make this Affidavit in Response to Defendant

Naser Rustom's Motion to Strike (Doc. 32) my motion to compel testimony.

### A. Order of Protection Against Plaintiff Maher Rustom

3. Defendant Naser Rustom ("Naser") has obtain a fraudulent order of protection for my

Mother against me. However, I am certain that my Mother would not have wanted such

an order.

4. I have never raised my voice or shouted at my Mother and I am certain that she cur-

rently wants to speak with me but is being prevented from doing so by Naser.

1

5. There is no reason for me to shout at my Mother or abuse her, as the Affidavit in support of the order of protection alleges, because there is nothing that she can do for me regarding this action.

6. I am very concerned about my Mother's health because she is physically and mentally weak. It is my younger brother Naser who is pressuring my Mother to have me settle this case. That is what my Mother has been asking me to do, but she does not understand what Naser has done.

7. My Mother's Attorney, Mrs. Vivian Khalaf, told me on Monday, March 26, 2018, that my Mother does not want to see me or speak with me, even by telephone, until I dismiss this lawsuit with prejudice.

8. My Mother does not speak, write or read English and she could not have read the sworn typed Affidavit that she signed to obtain the order of protection. If Naser puts any document in front of my Mother to sign, she will sign it. That is what she did when she signed away her house to Naser, without consideration, and then he returned it to her, December 26, 2017, without any consideration. See the attached quit claim deed, **Exhibit A**. Naser also listed the house for sale without my Mother's consent.

9. The reason Naser returned ownership of the Willowbrook house to my Mother, was not because he fraudulently took ownership, but it is because he is making it part of the settlement in this case, with the 1/3 value of the subject building, according to my Mother's attorney Vivian Khalaf. The instant action was commenced on December 17, 2017, and my Mother's house was returned on December 26, 2017, see **Exhibit A**.

10. Mrs. Khalaf, in speaking on behalf of Naser, offered me a settlement amount of one-third (1/3) of the value of the commercial building on Kedzie Avenue in Chicago, and

2

gave me the attached quit claim deed that shows Naser returned my Mother's house in
Willowbrook back to her, **Exhibit A**. My Mother did not even know that ownership of
her house was taken from her and then returned after this action was commenced. To ex-
pect her to know what is happening in this action is unreasonable. Naser has been pres-
suring my Mother to get me to settle this lawsuit; he is doing everything he can to get rid
of this lawsuit. This included sending a thug to threaten me with physical harm.

11. I have no doubt that if an impartial person, such as a guardian ad litem, was to ques-
tion my Mother, without Naser's presence or my presence, that she would contradict her
sworn statement in the order of protection. I want an impartial tribunal to make a deter-
mination of whether my Mother needs a guardian ad litem to protect her interest and
health.

12. I never asked my Mother to take sides in this matter and I have no reason to criticize
her or abuse her. She did nothing wrong and she does not know what is going on. My
Mother asked me to drop this lawsuit because she thinks I am the bad person who is do-
ing something wrong to hurt Naser.

13. Currently, Naser is threatening me with a criminal violation of the order of protection,
if I obtain a guardian ad litem. However, he has complete control over my Mother's fi-
nancial interests and freedom. He is keeping her from seeing me and speaking with me.

### B. Fraudulent Acts by Defendant Naser Rustom

14. This dispute between me and Naser started August of last year when I discovered that
he fraudulently transferred the ownership of a commercial building I owned to himself,
**Exhibit E**. Thereafter, I discovered that I was not 1/3 owner of a Medical Center, which
I was led to believe when the Medical Center opened operations in my building in 1995,

3

without paying any rent, and that Naser fraudulently transferred the house my Mother owns to his company.

15. In addition to fraudulently transferring ownership of my Mother's house to his company, and then back to my Mother in December 26, 2017, only as a result of this action, **Exhibit A**, there are many incidents where Naser has committed fraudulent acts that reveal his creditability and the extent to which he is capable of fraudulent conduct.

16. In Naser's Exhibits to his Motion to Dismiss, he presented this Court with a Power of Attorney that I supposedly executed for Naser in August 31, 1995, **Exhibit B**. However, as my attached passport shows, **Exhibit C**, I was in Saudi Arabia at that time and I was not given permission to leave until September 8, 1995, for only a period of 90 days. The second page of **Exhibit C** is an online date-convertor that translates the date written in Arabic to English, which shows that I was not allowed to leave Saudi Arabia until September 8, 1995. Thus, I could not have been in the United States, in the presence of that notary public, to have executed said power of attorney for Naser.

17. Also, this Power of Attorney, **Exhibit B**, is fake because I purchase the subject building on September 26, 1995, in person, with my own signature. **Exhibit D** is the Deed transferring the property to me and the third page it is my signature on the closing statement and on the fourth page it is my signature on the Real Estate Transfer Declaration. Thus, there was no need to have a Power of Attorney.

18. **Exhibit E** hereto (which is Exhibit B to the Amended Complaint) is the fraudulent quit claim deed that transferred ownership of the same property as in **Exhibit D**, to Naser. While I do admit that I signed the first page, I thought it was a document that

4

would allow Naser to manage my property. I never signed it before the presence of the notary public shown on the second page of **Exhibit E**, which is dated October 29, 1999.

19. Moreover, the third page of **Exhibit E**, also dated October 29, 1999, is notarized by a different notary. What possible reason would there be for me to sign the second and third page, on the same day, October 29, 1999, before two different notaries. Nonetheless, I never signed in the presence of either notary and those are not my signatures on the second and third pages of **Exhibit E**.

20. Another fraudulent act is the Real Estate Sale Contract that I supposedly signed on October 28, 1999, **Exhibit F**, the day before supposedly signing the quit claim deed on October 29, 1999, **Exhibit E**. There simply is no reason for me to sign a sales contract on October 28, 1999, and then sign a quit claim deed the following day.

21. Nonetheless, paragraph #4 of **Exhibit F** requires the Purchaser, Naser, to pay me "$110,000 as the purchase price for the Property, which amount shall be due and owing when the Purchaser, in his discretion, elects to refinance the property." However, Naser never has to refinance the property and never did and he has paid me. This is an illusory contract and I would have never agreed to such a contract for the following reason:

22. I have a wife and two children in Saudi Arabia. I worked very hard to earn the money that I have invested in this country. I made these investments for my family's future. I trusted my younger brother Naser completely and believed that he would protect my investments, not just for me, but also for my family. I am sorry to say that I was very wrong to have trusted Naser. In August 2017, when I discovered the fraudulent transfer of my property, **Exhibit E**, was the first time I discovered the true character of Naser to be a greedy, selfish, and heartless individual.

5

Dr. Maher Rustom

Sworn to before me on this
2th Day of April 2018

Notary Public

OFFICIAL SEAL
MAURICE J SALEM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/11/19

6