# QUIT CLAIM DEED
Illinois Statutory
(LLC to Individual)

MAIL TO:

Vivian R. Khalaf
10003 S. Roberts Rd.
Palos Hills, IL 60465



FRED BUCHOLZ
DUPAGE COUNTY RECORDER
DEC. 29, 2017        RHSP        12:58 PM
QCD        $40.00   09-35-106-002

001 PAGES    R2017-132834

NAME & ADDRESS OF TAXPAYER:

Nawal Elkhadra
8157 Sunset Rd.
Willowbrook, Illinois 60527

THE GRANTOR(S) FULL CICERO, LLC, an Illinois limited liability company, for and in consideration of TEN and 00/100 DOLLARS ($10.00) IN HAND PAID, CONVEY(S) and QUITCLAIM(S) to GRANTEE(S),

Nawal Elkhadra
8157 Sunset Rd.
Willowbrook, Illinois 60527

the following described Real Estate situated in the County of DuPage, State of Illinois, to wit:

Lot 4 in Sunset Acres, being a subdivision of that part of the southwest quarter of the northwest quarter of section 35, township 38 north, range 11, east of the third principal meridian, lying northerly of Joliet Road, in DuPage County, Illinois

PIN: 09-35-106-002
Address: 8157 Sunset Rd. Willowbrook, IL 60527

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois, TO HAVE AND TO HOLD said premises in fee simple Subject to General taxes for 2017 and subsequent years.

Dated this 26 day of DEC, 2017

_____ (Seal)        _____ (Seal)
FULL CICERO, LLC
By: Nawal Elkadra, Sole Member

Exempt under provisions of Paragraph __e__
Section 31 - 45, Property Tax Code.
12-29-17
Date   Buyer,   Seller, or Representative

State of Illinois )
                  ) SS
County of Cook    )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, CERTIFY THAT Nawal Elkhadra, personally known to me to be the same person(s) whose name(s) is/are subscribed to the foregoing instrument, appeared before me this day, and acknowledged that she signed, sealed and delivered the instrument as her free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal, this 20th day of December, 2017.

_____
Notary Public
My commission expires: 11-7-21

OFFICIAL SEAL
MAHA QARABSSA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/07/21

This Instrument prepared by: Vivian R. Khalaf, 10003 S. Roberts Rd. Palos Hills, IL 60465

EXHIBIT A

# POWER OF ATTORNEY

THIS POWER OF ATTORNEY is made this 31st day of August, 1995.

1. I, MAHER HAMID RUSTOM, a citizen and resident of the Kingdom of Saudi Arabia, hereby appoint my brother, NASER RUSTOM, a resident of the State of Illinois, as my attorney-in-fact (my "agent") to act for me and in my name (in any way I could act in person) with respect to the following powers:

   a. to buy, sell, exchange, rent and lease real estate (which term includes, without limitation, real estate subject to a land trust and all beneficial interests in and powers of direction under any land trust) commonly known as 4941 North Kedzie Avenue, County of Cook, City of Chicago, State of Illinois 60625, and having the following legal description: the South 20 feet of Lot 7 and the North 20 feet of Lot 8 in Thomasson's Third Ravenswood addition to Chicago being a Subdivision of the South East 1/4 of Section 11 and the Southwest 1/4 of Section 12, Township 40 North, Range 13 East of the Third principal meridian, in Cook County, Illinois; collect all rent, sale proceeds and earnings from said real estate; grant easements, create conditions and release rights of homestead with respect to said real estate; create land trusts and exercise all powers under land trusts; hold, possess, maintain, repair, improve, subdivide, manage, operate and insure real estate; pay, contest, protest, and compromise real estate taxes and assessments; and, in general, exercise all powers with respect to real estate which I could if present and under no disability.

2. My agent shall have the right by written instrument or oral agreement to delegate any and all of the foregoing powers involving discretionary decision-making to any person or persons whom my agent may select, but such delegation may be amended or revoked by any agent named by me who is acting under this power of attorney at the time of reference.

3. This power of attorney shall become effective on the 31st day of August, 1995.

4. This power of attorney shall terminate upon my death or the death of my agent.

I am fully informed as to all the contents of this form and understand the full import of this grant of powers to my agent.

_____
MAHER HAMID RUSTOM,
Principal.

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF COOK        )

The undersigned, a notary public in and for the above county, district, and/or state, certifies that MAHER HAMID RUSTOM, known to me to be the same person whose name is subscribed as principal to the foregoing power of attorney, appeared before me in person and acknowledged signing and delivering the instrument as the free and voluntary act of the principal, for the uses and purposes therein set forth.

"OFFICIAL SEAL"
DALAL M. JARAD
Notary Public, State of Illinois
My Commission Expires [illegible]

NOTARY PUBLIC

EXHIBIT B



EXHIBIT C

.ıl MetroPCS 📶     3:56 PM     ✈ ❋ 44% ▇

‹    تحويل التاريخ هجري - ميلادي
       m.xn--zmcajcplx0oc4byah.com

هجري إلى ميلادي
ما عليك سوى اختيار نوع التحويل وإدخال التاريخ المراد تحويله والضغط على زر تحويل

| سنة | شهر | يوم | |
|---|---|---|---|
| 1995 | 9 | 8 | ميلادي |
| 1416 | 04 | 12 | هجري |

( تحويل التاريخ من ميلادي إلى هجري )

( تحويل التاريخ من هجري إلى ميلادي )

يوم الأسبوع: [ الجمعة ]

تاريخ يوليان: [ 2449969 ]

تحويل التاريخ

ⓘ ✕

👍

←     G     ⌂     ▢

# TRUSTEE'S DEED

THIS INDENTURE, made this 26TH day of SEPTEMBER, 1995, between *AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO, a National Banking Association, duly authorized to accept and execute trusts within the State of Illinois, not personally but as Trustee under the provisions of a deed or deeds in trust duly recorded and delivered to said Bank in pursuance of a certain Trust Agreement, dated the 1ST DAY OF JULY, 1994 known as Trust Number 300033-05 party of the first part, and

MAHER RUSTOM,
PO BOX 948, RIYADH 11421,
KINGDOM OF SAYDI ARABIA

(Reserved for Recorders Use Only)

*AS SUCCESSOR TO FIRST CHICAGO TRUST COMPANY OF ILLINOIS

party/parties of the second part,
WITNESSETH, that said party of the first part, in consideration of the sum of TEN AND NO/100 ($10.00) Dollars and other good and valuable consideration in hand paid, does hereby convey and QUIT-CLAIM unto said party/parties of the second part, the following described real estate, situated in COOK County, Illinois, to-wit:

SEE ATTACHED LEGAL DESCRIPTION

Commonly Known As 4941 N. KEDZIE, CHICAGO, ILLINOIS

Property Index Number 13-12-309-003

together with the tenements and appurtenances thereunto belonging.

TO HAVE AND TO HOLD, the same unto said party of the second part, and to the proper use, benefit and behoof, forever, of said party of the second part.

This deed is executed by the party of the first part, as Trustee, as aforesaid, pursuant to and in the exercise of the power and authority granted to and vested in it by the terms of said Deed or Deeds in Trust and the provisions of said Trust Agreement above mentioned, and of every other power and authority thereunto enabling. This deed is made subject to the liens of all trust deeds and/or mortgages upon said real estate, if any, recorded or registered in said county.

IN WITNESS WHEREOF, said party of the first part has caused its corporate seal to be hereto affixed, and has caused its name to be signed to these presents by one of its officers, the day and year first above written.

AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO
as Trustee, as aforesaid, and not personally,

By _____
PETER H. JOHANSEN, SECOND VICE PRESIDENT

STATE OF ILLINOIS ) I, L. M. SOVIENSKI, a Notary Public in and for
COUNTY OF COOK ) said County, in the State aforesaid, do hereby certify PETER H. JOHANSEN an officer of American National Bank and Trust Company of Chicago personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that said officer of said association signed and delivered this instrument as a free and voluntary act, for the uses and purposes therein set forth.
GIVEN under my hand and seal this 26TH day of SEPTEMBER, 1995.

"OFFICIAL SEAL"
L.M. SOVIENSKI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06/27/96

NOTARY PUBLIC

Prepared By: American National Bank & Trust Company of Chicago
PETER H. JOHANSEN
MAIL TO: DALAL M. JARAD
5901 N. California Avenue; Chicago, IL 60659

EXHIBIT D

THE SOUTH 20 FEET OF LOT 7 AND THE NORTH 20 FEET OF LOT 8 IN THOMASSON'S THIRD RAVENSWOOD ADDITION TO CHICAGO BEING A SUBDIVISION OF THE WEST 1/2 OF THE WEST 1/2 OF BLOCKS 20 AND 29 IN JACKSON'S SUBDIVISION OF THE SOUTH EAST 1/4 OF SECTION 11 AND THE SOUTHWEST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

## CLOSING STATEMENT

SELLER: The First National Bank of Chicago
BUYER: Maher Rustom
CONTRACT DATE: September 5, 1995
CLOSING DATE: September 26, 1995
PROPERTY ADDRESS: 4941 N. Kedzie, Chicago, Illinois

|  | Credits Purchaser | Credits Seller |
|---|---|---|
| Purchaser Price |  | $110,000.00 |
| Earnest Money | 11,000.00 |  |
| 1994 Taxes - Second Installment | 3,680.43 |  |
| 1995 Taxes to date of Closing | 5,719.65 |  |
|  | 20,400.08 |  |
| CASH TO BALANCE | 89,599.92 |  |
|  | 110,000.00 | $110,000.00 |

APPROVED:

SELLER:

The First National Bank of Chicago

By: _____
         V.P.

PURCHASER:

x _____
    MAHER RUSTOM

D:\FNBC\SURTANO\CLOSING.STA|9/21/95|A11|SBR|kb



**COOK COUNTY**     **REVENUE STAMPS**

### REAL ESTATE TRANSFER DECLARATION

The following is required by the Cook County Real Property Tax Ordinance effective September 1, 1993. Any transferor or transferee who fails to file with the Recorder a real property transfer declaration as required by Section 7 of this ordinance, or a supplemental transfer declaration as required by Section 10 of this ordinance or willfully falsifies the value of transferred real estate, shall be subject to a penalty equal to the amount of the applicable tax; and shall be fined an amount not to exceed $1000.00 or imprisoned for a period not to exceed six months, or both.

Except as to Exempt Transactions, the Recorder is prohibited by law from accepting any deed, assignment or other instrument of transfer for recordation unless it is accompanied by a declaration containing all of the information requested therein.

Date _____
Doc. No. _____

*For Recorder's Use Only*

**PROPERTY IDENTIFICATION:**

Address of Property: 4941 N. Kedzie, Chicago, Illinois 60625

Permanent Real Estate Index No.: 13-12-309-003    Township: _____

Date of Deed: 9/28/05    Type of Deed: Trustee's Deed

**TYPE OF PROPERTY:**
- [ ] Single Family
- [x] Commercial
- [ ] Condo, co-op
- [ ] Industrial
- [ ] 4 or more units (residential)
- [ ] Vacant Land
- [ ] Mixed use (commer. & resid.)
- [ ] Other (attach description)

**INTEREST TRANSFERRED:**
- [x] Fee title
- [ ] Beneficial interest in a land trust
- [ ] Lessee interest in a ground lease
- [ ] Controlling interest in real estate entity (ord. Sec. 2C)
- [ ] Other (attach description)

**LEGAL DESCRIPTION:**

Sec. _____ Twp. _____ Range _____
(Use additional sheet, if necessary)

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

**COMPUTATION OF TAX:**

| | |
|---|---|
| Full actual consideration | $ 110,000.00 |
| Less amount of personal property included in purchase | $ |
| Net consideration for real estate | $ 110,000.00 |
| Less amount of mortgage to which property remains subject | $ |
| Net taxable consideration | $ 110,000.00 |
| Amount of tax stamps ($.25 per $500 or part thereof) | $ 55.00 |

**ATTESTATION OF PARTIES:** We hereby declare the full actual consideration and above facts contained in this declaration to be true and correct.

American National Bank and Trust Company of Chicago as Trustee of Trust No. 300033-05

Name and Address of Seller (Please Print)    Street or Rural Route 33 N. LaSalle Street, Chicago, Illinois

Signature: P.E. m Ger V.P.
Seller or Agent

Maher Rustom    P.O. Box 948; Riyadh-11421; ~~Saudia Arabia~~ Kingdom of Saudi Arabia

Name and Address of Buyer (Please Print)    Street or Rural Route    City    Zip Code

Signature: X Run
Buyer or Agent

Use space below for tax mailing address, if different from above.

Name _____ Street or Rural Route _____ City _____ Zip Code _____

## EXHIBIT A

THE SOUTH 20 FEET OF LOT 7 AND THE NORTH 20 FEET OF LOT 8 IN THOMASSON'S THIRD RAVENSWOOD ADDITION TO CHICAGO BEING A SUBDIVISION OF THE WEST 1/2 OF THE WEST 1/2 OF BLOCKS 20 AND 29 IN JACKSON'S SUBDIVISION OF THE SOUTH EAST 1/4 OF SECTION 11 AND THE SOUTHWEST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

D:\FNBC\SURIANO\LEGAL|9/20/95|A11|SHR|km

## QUIT CLAIM DEED

09063207

COOK COUNTY 2447/0026 86 002 Page 1 of 3
RECORDER 1999-11-12 10:45:22
EUGENE "GENE" MOORE Cook County Recorder 25.50
BRIDGEVIEW OFFICE

09063207

THE GRANTOR,
MAHER RUSTOM,

of the City of Chicago County of Cook, State of Illinois for and in consideration of Ten and no/100 ($10.00) DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION in hand paid, CONVEY AND QUIT CLAIM to:

NASER RUSTOM,

4941 North Kedzie, Chicago, Illinois, the following described real estate situated in COOK County, Illinois, to wit:

THE SOUTH 20 FEET OF LOT 7 AND THE NORTH 20 FEET OF LOT 8 IN THOMASSON'S THIRD RAVENSWOOD ADDITION TO CHICAGO BEING A SUBDIVISION OF THE WEST 1/2 OF THE WEST 1/2 OF BLOCKS 20 AND 29 IN JACKSON'S SUBDIVISION OF THE SOUTH EAST 1/4 OF SECTION 11 AND THE SOUTHWEST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

This is not Homestead Property.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Address of Real Estate: 4941 North Kedzie, Chicago, Illinois 60625

Permanent Index Number: 13-12-309-003

DATED this 29th day of October, 1999.

_____(Seal)   _____(Seal)
Maher Rustom

This document was prepared by: Rouhy J. Shalabi, 4700 West 95th Street, Oak Lawn, Illinois 60453

MAIL TO:                          SEND SUBSEQUENT TAX BILLS TO:

Rouhy J. Shalabi                  Naser Rustom

4700 West 95th Street             4941 North Kedzie

Oak Lawn, Illinois 60453          Chicago, Illinois 60625


EXHIBIT E

09063207 Page 2 of 3

## CERTIFICATION

**STATE OF ILLINOIS** )
                         ) SS
**COUNTY OF C O O K** )

    The undersigned, a notary public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **MAHER RUSTOM**, personally known to me to be the same persons whose name are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed and delivered the said instrument as their voluntary act, for the uses and purposes herein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this 29th day of October, 1999.

Notary Public

OFFICIAL SEAL
CONSUELO A ZOABI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/14/00

STATEMENT BY GRANTOR AND GRANTEE

The grantor or his agent affirms that, to the best of his knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do buisness or acquire and hold title to real estate in Illinois, a partnership authorized to do buisness or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do buisness or acquire title to real estate under the laws of the State of Illinois.

DATED October 29, 19 78    SIGNATURE: _____
                                        (GRANTOR OR AGENT)

Subscribed and sworn to before
me by the said _____
this _____ day of _____
19___.
Notary Public _____

"OFFICIAL SEAL"
ROUHY J. SHALABI
Notary Public, State of Illinois
My Commission Expires 07/31/91

The grantee or his agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do buisness or acquire and hold title to real estate in Illinois, a partnership authorized to do buisness or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do buisness or acquire and hold title to real estate under the laws of the State of Illinois.

DATED _____, 19 __    SIGNATURE: _____
                                           (GRANTOR OR AGENT)

Subscribed and sworn to before
me by the said _____
this _____ day of _____
19___.
Notary Public _____

"OFFICIAL SEAL"
ROUHY J. SHALABI
Notary Public, State of Illinois
My Commission Expires 07/31/91

NOTE: Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act).

## Real Estate Sales Contract

This Agreement is entered into this 28th day of October 1999 by and between Naser Rustom, M.D. ("Purchaser") and Maher Rustom ("Seller").

1.  The Seller is the legal or beneficial holder of the title in certain real estate commonly referred to as 4941-3 North Kedzie, Chicago, Illinois (the "Property").

2.  The Seller agrees to sell the Property to the Purchaser and transfer his complete title thereto to the Purchaser or the Purchaser's nominee or assignee. The Seller also agrees to transfer and convey all personal property actually located on the Property as of the date of Closing. The Closing on this conveyance shall occur as the parties may elect.

3.  The Purchaser agrees to take title subject to all liens and encumbrances of record through a recordable quit claim deed or similar conveyance as may be provided by the Seller.

4.  The Purchaser shall pay the seller the sum of $110,000 as the purchase price for the Property, which amount shall be due and owing when the Purchaser, in his discretion, elects to refinance the property. This obligation shall survive Closing.

_____
Naser Rustom, M.D.

_____
Maher Rustom

717117_1



EXHIBIT F