
## CORPORATE QUIT CLAIM BILL OF SALE

Seller, The First National Bank of Chicago, a national banking association of Chicago, Illinois, in consideration of Ten Dollars ($10.00) and other good and valuable consideration hereby quit claim all their right, title and interest in and to the following property to Maher Rustom, of Saudia Arabia. The following, if any, located on the premises at 4941 N. Kedzie, Chicago, Illinois:

Heating, central cooling, ventilating, plumbing, and electric fixtures; screens and storms for windows and doors; shades, awnings, blinds, draperies, curtain and drapery rods; radiator covers; attached exterior TV antenna; attached mirrors; shelving, interior shutters, cabinets and bookcases, planted vegetation, washer/dryer; fireplace screens; dishwasher; disposal, oven/range(s); refrigerators(s); window air conditioner(s); ceiling fans, garage door opener.

All warranties of quality, fitness and merchantability as to the said personal property are hereby excluded.

THE FIRST NATIONAL BANK OF CHICAGO

By: _Philip McGee_
    Philip McGee, Vice President

State of Illinois   )
                     ) SS:
County of Cook   )

I, the undersigned, a Notary Public in an for the County and State aforesaid, do hereby certify that Phillip McGee, personally known to me to be the person who appeared before me this date and acknowledged that he signed the foregoing agreement in my presence as his free and voluntary act and for the uses and purposes therein set forth.

Given under my hand and notarial seal this 2ND day of September, 1995.

_Francine Beckert_
Notary Public

D:\FNBC\SURIANO\BOS|9/21/95|A11|SNS|km

```
" OFFICIAL SEAL "
FRANCINE BECKERT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXP: 7/16/96
```

### CLOSING STATEMENT

SELLER: The First National Bank of Chicago
BUYER: Maher Rustom
CONTRACT DATE: September 5, 1995
CLOSING DATE: September 26, 1995
PROPERTY ADDRESS: 4941 N. Kedzie, Chicago, Illinois

|  | Credits Purchaser | Credits Seller |
|---|---|---|
| Purchaser Price |  | $110,000. |
| Earnest Money | 11,000.00 |  |
| 1994 Taxes – Second Installment | 3,680.43 |  |
| 1995 Taxes to date of Closing | 5,719.65 |  |
|  | 20,400.08 |  |
| CASH TO BALANCE | 89,599.92 |  |
|  | 110,000.00 | $110,000 |

APPROVED:

SELLER:

The First National Bank of Chicago

By: _____ V-P

PURCHASER:

x _____
MAHER RUSTOM

D:\FNBC\SORIANO\CLOSING.STA[9/21/95][A11][SHR]RN

## CLOSING STATEMENT

SELLER: The First National Bank of Chicago  
BUYER: Maher Rustom  
CONTRACT DATE: September 5, 1995  
CLOSING DATE: September 26, 1995  
PROPERTY ADDRESS: 4941 N. Kedzie, Chicago, Illinois  

|  | Credits Purchaser | Credits Seller |
|---|---|---|
| Purchaser Price |  | $110,000.00 |
| Earnest Money | 11,000.00 |  |
| 1994 Taxes - Second Installment | 3,680.43 — |  |
| 1995 Taxes to date of Closing | 5,719.65 |  |
|  | 20,400.08 |  |
| CASH TO BALANCE | 89,599.92 |  |
|  | 110,000.00 | $110,000.00 |

APPROVED:

SELLER:  PURCHASER:

The First National Bank of Chicago

BY: _____  x _____  
　　　　　V.P.　　　　　　　　　　MAHER RUSTOM

S:\FNBC\RUSTAMO\CLOSING.STM|9/21/95|ALL|USA|sm

AFFIDAVIT OF TITLE
COVENANT AND WARRANTY
(Illinois)

NO. 1601
June, 1983

STATE OF ILLINOIS } SS
COUNTY OF COOK }

The undersigned affiant, being first duly sworn, on oath says, and also covenants with and warrants to the grantee hereinafter named:

That affiant has an interest in the premises described below or in the proceeds thereof or is the grantor in the deed dated __September 26__, 19_95_, to __Maher Rustom__

grantee, conveying the following described premises:

THE SOUTH 20 FEET OF LOT 7 AND THE NORTH 20 FEET OF LOT 8 IN THOMASSON'S THIRD RAVENSWOOD ADDITION TO CHICAGO BEING A SUBDIVISION OF THE WEST 1/2 OF THE WEST 1/2 OF BLOCKS 20 AND 29 IN JACKSON'S SUBDIVISION OF THE SOUTH EAST 1/4 OF SECTION 11 AND THE SOUTHWEST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

That no labor or material has been furnished for premises within the last four months, that is not fully paid for.

That since the title date of __September 8__, 19_95_, in the report on title issued by __Chicago Title Insurance Company__, affiant has not done or suffered to be done anything that could in any way affect the title to premises, and no proceedings have been filed by or against affiant, nor has any judgment or decree been rendered against affiant, nor is there any judgment note or other instrument that can result in a judgment or decree against affiant within five days from the date hereof.

~~That the parties, if any, in possession of premises are bona fide tenants only, and have paid promptly and in full their rent to date, and are renting from _____ to _____, and not for any longer term, and have no other or further interest whatsoever in premises.~~

THE PROPERTY IS VACANT
That all water taxes, except the current bill, have been paid, and that all the insurance policies assigned have been paid for.

That this instrument is made to induce, and in consideration of, the said grantee's consummation of the purchase of premises.

Affiant further states:

Subscribed and sworn to before me
this 22nd day of Sept, 19 95

THE FIRST NATIONAL BANK OF CHICAGO

_signature_
Phillip McGee, Vice President

OFFICIAL SEAL
FRANCINE BECKERT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXP: 7/16/96

CLOSING STATEMENT

SELLER:             The First National Bank of Chicago
BUYER:              Maher Rustom
CONTRACT DATE:      September 5, 1995
CLOSING DATE:       September 26, 1995
PROPERTY ADDRESS:   4941 N. Kedzie, Chicago, Illinois

|  | Credits Purchaser | Credits Seller |
|---|---|---|
| Purchaser Price |  | $110,000.00 |
| Earnest Money | 11,000.00 |  |
| 1994 Taxes - Second Installment | 3,880.43 |  |
| 1995 Taxes to date of Closing | 5,719.65 |  |
|  | 20,600.08 |  |
| CASH TO BALANCE | 89,399.92 |  |
|  | 110,000.00 | $110,000.00 |

APPROVED:

SELLER:                              PURCHASER:

The First National Bank of
Chicago

BY: _____          X _____
         V.P                              MAHER RUSTOM

O:\FNBC\SURIANO\CLOSING.STA|9/21/95|A11|SHR|ks