## QUIT CLAIM DEED

09063207

COOK COUNTY RECORDER 2447/0026 86 002 Page 1 of 3
1999-11-12 10:45:22
EUGENE "GENE" MOORE
BRIDGEVIEW OFFICE
Cook County Recorder  25.50



THE GRANTOR, MAHER RUSTOM,

of the City of Chicago County of Cook, State of Illinois for and in consideration of Ten and no/100 ($10.00) DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION in hand paid, CONVEY AND QUIT CLAIM to:

NASER RUSTOM,

4941 North Kedzie, Chicago, Illinois, the following described real estate situated in COOK County, Illinois, to wit:

THE SOUTH 20 FEET OF LOT 7 AND THE NORTH 20 FEET OF LOT 8 IN THOMASSON'S THIRD RAVENSWOOD ADDITION TO CHICAGO BEING A SUBDIVISION OF THE WEST 1/2 OF THE WEST 1/2 OF BLOCKS 20 AND 29 IN JACKSON'S SUBDIVISION OF THE SOUTH EAST 1/4 OF SECTION 11 AND THE SOUTHWEST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

This is not Homestead Property.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Address of Real Estate: 4941 North Kedzie, Chicago, Illinois 60625

Permanent Index Number: 13-12-309-003

DATED this 29th day of October, 1999.

_____(Seal)      _____(Seal)
Maher Rustom

This document was prepared by: Rouhy J. Shalabi, 4700 West 95th Street, Oak Lawn, Illinois 60453

MAIL TO:

Rouhy J. Shalabi
4700 West 95th Street
Oak Lawn, Illinois 60453

SEND SUBSEQUENT TAX BILLS TO:

Naser Rustom
4941 North Kedzie
Chicago, Illinois 60625

09063207 Page 2 of 3

## CERTIFICATION

STATE OF ILLINOIS )
                       ) SS
COUNTY OF C O O K )

    The undersigned, a notary public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **MAHER RUSTOM**, personally known to me to be the same persons whose name are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed and delivered the said instrument as their voluntary act, for the uses and purposes herein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this 29th day of October, 1999.

Notary Public

OFFICIAL SEAL
CONSUELO A ZOABI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/14/00

STATEMENT BY GRANTOR AND GRANTEE

The grantor or his agent affirms that, to the best of his knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do buisness or acquire and hold title to real estate in Illinois, a partnership authorized to do buisness or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do buisness or acquire title to real estate under the laws of the State of Illinois.

DATED October 29, 1998    SIGNATURE: _____
(GRANTOR OR AGENT)

Subscribed and sworn to before
me by the said _____
this 29 day of Oct.
19__.
Notary Public _____

"OFFICIAL SEAL"
ROUHY J. SHALADI
Notary Public, State of Illinois
My Commission Expires 07/31/01

The grantee or his agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do buisness or acquire and hold title to real estate in Illinois, a partnership authorized to do buisness or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do buisness or acquire and hold title to real estate under the laws of the State of Illinois.

DATED Oct. 29, 1998    SIGNATURE: _____
(GRANTOR OR AGENT)

Subscribed and sworn to before
me by the said _____
this 29 day of Oct.
19__.
Notary Public _____

"OFFICIAL SEAL"
ROUHY J. SHALADI
Notary Public, State of Illinois
My Commission Expires 07/31/01

NOTE: Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act).