# 2015 Proof of Payment Property Tax Bill

**TOTAL PAYMENT DUE: $0.00**
BY 03/01/17 (late)

| Property Index Number (PIN) | Volume | Code | Tax Year | (Payable In) | Township | Classification |
|---|---|---|---|---|---|---|
| 13-12-309-003-0000 | 333 | 71134 | 2015 | (2016) | JEFFERSON | 5-17 |

IF PAYING LATE, PLEASE PAY: 03/02/17-04/01/17 $0.00

LATE INTEREST IS 1.5% PER MONTH, BY STATE LAW

## TAXING DISTRICT BREAKDOWN

| | | | |
|---|---|---|---|
| 1st INSTALLMENT ORIGINAL AMOUNT DUE | 6,146.27 | | |
| DATE PAID  TAX AMOUNT PAID | INTEREST PAID  PUBLICATION FEE | SERIAL NO  022616703492 | STATUTORY INTEREST |
| 02-26-16     6,146.27 | | | |

| | | | |
|---|---|---|---|
| 2nd INSTALLMENT ORIGINAL AMOUNT DUE | 6,045.56 | | |
| 07-22-16     6,045.56 | | 072216702834 | |

## TAX CALCULATOR

| | |
|---|---|
| 2014 Assessed Value | 60,010 |
| 2015 Property Value | |
| 2015 Assessment Level | X 10% |
| 2015 Assessed Value | 66,301 |
| 2015 State Equalization Factor X | 2.6685 |
| 2015 Equalized Assessed Value (EAV) | 176,924 |
| 2015 Local Tax Rate X | 6.891% |
| 2015 Total Tax Before Exemptions | 12,191.83 |

| | |
|---|---|
| 2015 Total Tax Before Exemptions | 12,191.83 |
| Homeowner's Exemption | .00 |
| Senior Citizen Exemption | .00 |
| Senior Assessment Freeze Exemption | .00 |
| 2015 Total Tax After Exemptions | 12,191.83 |
| First Installment | 6,146.27 |
| Second Installment + | 6,045.56 |
| Total 2015 Tax (Payable In 2016) | 12,191.83 |

## IMPORTANT MESSAGES

**PROPERTY LOCATION**
4941 N KEDZIE AVE
CHICAGO IL 60625 5009

**MAILING ADDRESS**
MAHER RUSTOM
12400 S MEADE AVE
PALOS HEIGHT IL 60463-0000

--- DETACH & INCLUDE WITH PAYMENT ---

**TOTAL PAYMENT DUE $.00**
BY 03/01/17 (late)
If paying later, refer to amounts above.

**IMPORTANT PAYMENT MESSAGES**
Use of this coupon authorizes the Treasurer's office to reduce the check amount to prevent overpayment. Include only one check and one original coupon per envelope.
SN 0020150200 RTN 500001075 AN (see PIN) TC 008911

Property Index Number (PIN): 13-12-309-003-0000   Volume TPP4 333
Amount Paid $ _____

Include name, PIN, address, location, phone, and email on check payable to "Cook County Treasurer".

Name/Mailing Address Change? Check box and complete form on back to update your name and/or mailing address.

00201502001131230900300030089112000000000000000000000000000000000000000000



20 13-12-309-003-0000 0 15 4
MAHER RUSTOM
OR CURRENT OWNER
12400 S MEADE AVE
PALOS HEIGHT IL 60463-0000

COOK COUNTY TREASURER
PO BOX 805436
CHICAGO IL 60680-4116